IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00629-GPG

AARON RIOS-SANCHEZ,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Aaron Rios-Sanchez, initiated this action by filing *pro se* a Notice of Intent (ECF No. 1) indicating he intends to file a civil action. This civil action was commenced and, on March 27, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Rios-Sanchez to cure certain deficiencies if he wished to pursue any claims. Specifically, Magistrate Judge Gallagher directed Mr. Rios-Sanchez to file on the proper form a Complaint and either to pay filing and administrative fees totaling $400.00 or to file a properly supported Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Mr. Rios-Sanchez was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Rios-Sanchez has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's March 27 order. Therefore, the action will be dismissed without prejudice for failure to cure the

deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Rios-Sanchez failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   1st   day of     May            , 2015.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court